FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Ron P. Clayton**                                           Case No.
                         Debtor(s)                                 Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Ron P. Clayton** | S.S.# **xxx-xx-7450** |
| | (W) | S.S.# |
| ADDRESS: | **4320 Judy Cove** | |
| | **Memphis, TN 38111** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **425.00** | (weekly, every two weeks, semi-monthly, monthly) |
| PAYROLL DEDUCTION: | **YES**          OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | **Flextronics International USA, Inc.** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

                                                                    MONTHLY
                                                                    PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **Internal Revenue Service** | $ **1.00** |

| | | | | |
|---|---|---|---|---|
| HOME MORTGAGE: **Chase Manhattan Mortgage Corp.** | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | | | |
| | Ongoing pmt. Begin **October 1, 2007** | | | $ **572.72** |
| | Approx. arrearage **15,018.85** | Interest **0.00** | % | $ **251.00** |

| | | | |
|---|---|---|---|
| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
| **-NONE-** | $ | % | $ |

UNSECURED CREDITORS:   Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$22,423.00**

TERMINATION:           Plan shall terminate upon payment of the above, approximately **60** months.

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.