**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE:    RON P. CLAYTON,<br>Debtor | Case No. 07-26745-JDL<br>Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Before this Court are Joel W. Giddens, Kimberly D. Burnette and Jim Bergstrom of Wilson & Associates, P.L.L.C., who state that this firm's legal services have been retained on behalf of Chase Home Finance LLC herein, and enter their appearances as attorneys of record and request notice of all motions and pleadings filed in this action.

Respectfully Submitted,

WILSON & ASSOCIATES, P.L.L.C.
200 Jefferson, Suite 750
Memphis, Tennessee  38103
(901) 578-9914

By:    /s/ Kimberly D. Burnette
Kimberly D. Burnette (88077)
Joel W. Giddens (16700)
Jim Bergstrom (20622)

Attorneys for Chase Home Finance LLC

## CERTIFICATE OF SERVICE

On August 6, 2007, a copy of the foregoing was served via electronic mail, upon the parties listed below.

Bruce A. Ralston
Attorney at Law
P.O. Box 41914
Memphis, TN  38174

Sylvia F. Brown
Trustee
200 Jefferson Ave., Ste. 1113
Memphis, TN  38103

/s/ Kimberly D. Burnette
Kimberly D. Burnette
Joel W. Giddens
Jim Bergstrom

DNoticeofAppearanceWESTERN_pfield_070801_1621
W&A No. 700-50910 / Loan No. xxxxxx1730