IN THE UNITED STATES BANKRUPTCY COURT
Western District of Tennessee

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 07-26745-L |
| Ron P. Clayton } | |
| } | Chapter 13 |
| } | |
| Debtor(s) } | |

DEBTOR'S EXPEDITED MOTION TO REINSTATE CHAPTER 13 CASE

Comes now the Debtor, by and through counsel, and submits this Motion asking the Court to Reinstate his Chapter 13 Case. In support of this Motion, Debtor would show as follows:

1. This Chapter 13 Petition was filed on July 20, 2007. The Chapter 13 Plan had not yet been confirmed. The case was recently dismissed for failure to appear at the Meeting of Creditors.

2. The Debtor was confused as to whether or not he needed to attend the Meeting of Creditors. The Trustee had filed a motion to dismiss his case for failing to provide financial documents.

3. The Debtor has since provided all of the required financial documents and is prepared to submit those to the Chapter 13 Trustee's office. The Debtor understands that if his case is reinstated then he must attend the meeting of creditors as scheduled.

WHEREFORE, Debtor respectfully moves for an Order of this Court which reinstates this Chapter 13 case, and for any further relief which may be just and appropriate

/s/ Bruce A. Ralston  #016260
Bruce A. Ralston #16260
Attorney for Debtor
119 Racine, Suite 200-A
P.O. Box 41914
Memphis, TN   38174-1914
(901)  543-5045 Tel
(901) 543-5046 Fax

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true copy of the foregoing document has been served on the parties listed below by hand, by first class mail, and/or by pre-authorized electronic means on this day, October 15, 2007.

/s/ Bruce A. Ralston 16260
Attorney for Debtor(s)

COPIES SERVED TO:
Debtor, Debtor's attorney
Chapter 13 Trustee
Matrix