UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:  
RON P CLAYTON  
Debtor(s)

Chapter 13

Case No. 07-26745-L

## NOTICE OF HEARING

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 for Failure To Provide Required Documents having been filed by Sylvia F. Brown on December 12, 2007.

NOTICE IS HEREBY GIVEN THAT:

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case for Failure To Provide Required Documents shall be held on 1/3/2008, at 10:00 am in the United States Bankruptcy Court, Room 600, 200 Jefferson Avenue, Memphis, Tennessee, 38103.

Debtors should contact their attorney to see if their attendance is necessary. This hearing may be continued or adjourned from time to time by oral announcement (at the hearing) of the continued or adjourned date and time, without further written notice.

/S/ Sylvia F. Brown  
CHAPTER 13 TRUSTEE

## MOTION TO DISMISS
## CHAPTER 13 CASE FOR Failure To Provide Required Documents

Comes now your Standing 13 Trustee who would show unto the Court the following for which relief is sought:

That pursuant to 11 U.S.C.A. 521 (a), (e), and/or (h), the debtor failed to provide required documents to the Chapter 13 Trustee.

PREMISES CONSIDERED, your Trustee prays:
1. That the matter be set for hearing.
2. That the case be dismissed.
3. That the Trustee be granted such other and further relief to which he or she may be entitled.

/S/ Sylvia F. Brown  
CHAPTER 13 TRUSTEE

CC:   Sylvia F. Brown

RON P CLAYTON  
4320 JUDY COVE  
MEMPHIS, TN  38111

BRUCE A RALSTON ATTY