**Dated: March 20, 2008**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IT500

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 13 |
| RON P CLAYTON | |
| Debtor(s) | Case No. 07-26745-L |

ADMINISTRATIVE ORDER
ALLOWING CLAIMS

It appearing to the Court that the Standing Chapter 13 Trustee has shown the Court that he or she has examined the proofs of claim, objected to the allowance of such claims as appeared to be improper, and entered orders on claims that are prima facie improper. After such examination, objections and orders, the Trustee states that the following claims should be deemed allowed, and those listed 'not filed' should be noted.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CENTRAL CHILD SUPPORT RECEIPTING UNIT<br>PO BOX 305200<br>NASHVILLE, TN  37229 | $3,000.00 | DOMESTIC SUPPORT OBLIGATION |
| CENTRAL CHILD SUPPORT RECEIPTING UNIT<br>PO BOX 305200<br>NASHVILLE, TN  37229 | | NO CLAIM FILED BY CREDITOR |
| CITY OF MEMPHIS DIVISION OF<br>HOUSING AND COMMUNITY DEVELOP<br>PO BOX 3310<br>MEMPHIS, TN  38173 | | NO CLAIM FILED BY CREDITOR |

PAGE 2 - CHAPTER 13 CASE NO. 07-26745-L

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| UNITED STATES TREASURY<br>PO BOX 21125<br>PHILADELPHIA, PA 19114 | $1,106.60 | UNSECURED (GENERAL) |
| UNITED STATES TREASURY<br>PO BOX 21125<br>PHILADELPHIA, PA 19114 | $3,852.31 | PRIORITY |
| CHASE HOME FINANCE LLC<br>3415 VISION DRIVE<br>DEPT G7-PP<br>COLUMBUS, OH 43219 | | ONGOING MORTGAGE PYMTS |
| CHASE HOME FINANCE LLC<br>3415 VISION DRIVE<br>DEPT G7-PP<br>COLUMBUS, OH 43219 | $16,758.76 | MORTGAGE ARREARAGE |
| CENTRAL CHILD SUPPORT RECEIPTING UNIT<br>PO BOX 305200<br>NASHVILLE, TN 37229 | | NO CLAIM FILED BY CREDITOR |
| AXSYS NATIONAL BANK<br>PO BOX 2900<br>ST CLOUD, MN 56395 | | NO CLAIM FILED BY CREDITOR |
| BMH-DESOTO (BANKRUPTCY)<br>% MEDICAL FINANCIAL SERVICES<br>5100 POPLAR AVE ROOM 2020<br>MEMPHIS, TN 38137 | $50.00 | UNSECURED (GENERAL) |
| BMH-DESOTO (BANKRUPTCY)<br>% MEDICAL FINANCIAL SERVICES<br>5100 POPLAR AVE ROOM 2020<br>MEMPHIS, TN 38137 | $83.50 | UNSECURED (GENERAL) |
| BMH-DESOTO (BANKRUPTCY)<br>% MEDICAL FINANCIAL SERVICES<br>5100 POPLAR AVE ROOM 2020<br>MEMPHIS, TN 38137 | $80.30 | UNSECURED (GENERAL) |

PAGE  3   -   CHAPTER 13 CASE NO.  07-26745-L

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ROUNDUP FUNDING<br>PO BOX 91121<br>MS550<br>SEATTLE, WA  98111-9221 | $2,369.93 | UNSECURED (GENERAL) |
| ECAST SETTLEMENT CORPORATION<br>PO BOX 35480<br>NEWARK, NJ  07193-5480 | $1,634.00 | UNSECURED (GENERAL) |
| ECAST SETTLEMENT CORPORATION<br>PO BOX 35480<br>NEWARK, NJ  07193-5480 | $3,751.72 | UNSECURED (GENERAL) |
| ECAST SETTLEMENT CORPORATION<br>PO BOX 35480<br>NEWARK, NJ  07193-5480 | $1,463.87 | UNSECURED (GENERAL) |
| ECOLAB INC<br>370 WABASHA ST<br>SAINT PAUL, MN  55102 | | NO CLAIM FILED BY CREDITOR |
| FDS BANK-GOLDSMITHS<br>TSYS TOTAL DEBT MGMT INC<br>P O BOX 6700<br>NORCROSS, GA  30091 | | NO CLAIM FILED BY CREDITOR |
| FIRST TENNESSEE BANK<br>6522 CHAPMAN HIGHWAY<br>CONSUMER LOAN SERVICING DEPARTMENT<br>KNOXVILLE, TN  37920 | $1,371.73 | UNSECURED (GENERAL) |
| FIRST TENNESSEE BANK<br>PO BOX 1469<br>BANKRUPTCY DEPARTMENT<br>KNOXVILLE, TN  37995-1469 | | NO CLAIM FILED BY CREDITOR |
| NATIONAL CAPITAL MANAGEMENT LL<br>8245 TOURNAMENT DRIVE<br>SUITE 230<br>MEMPHIS, TN  38125 | | NO CLAIM FILED BY CREDITOR |

PAGE  4   -   CHAPTER 13 CASE NO.  07-26745-L

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| U S DEPARTMENT OF EDUCATION<br>PO BOX 530260<br>ATLANTA, GA  30353-0260 | $8,788.16 | UNSECURED (GENERAL) |

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan and other orders of the Court.

/S/ Sylvia Ford Brown
CHAPTER 13 TRUSTEE

Upon the foregoing motion, the court finds that the matters stated therein are true and, that;

Pursuant to Chapter 13 Rule 3007, the claims which have been filed as recited above shall be deemed allowed for the purpose of distribution unless objection is made by the debtor or other party in interest, within 30 days from the date of this order;

IT IS THEREFORE ORDERED, that a copy of this order and motion be mailed to the debtor(s) and to the debtor's attorney of record, and that the debtor(s) be given 30 days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed approval by the debtor(s) of the claims as recited above and the claims shall be allowed for the purpose of distribution pursuant to the confirmed plan and other orders of this Court.

CC: Sylvia Ford Brown
MB
    RON P CLAYTON
    4320 JUDY COVE
    MEMPHIS, TN  38111

    BRUCE A RALSTON ATTY
    PO BOX 41914
    MEMPHIS, TN  38174-1914