**Dated: December 18, 2008**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

```
                                                              IT112
                 UNITED STATES BANKRUPTCY COURT
                  WESTERN DISTRICT OF TENNESSEE

In re:                                              Chapter 13
RON P CLAYTON
Debtor(s)                                    Case No. 07-26745-L
```

| ADMINISTRATIVE ORDER ALLOWING AMENDED CLAIM |||
|---|---|---|
| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
| CENTRAL CHILD SUPPORT RECEIPTING UNIT<br>PO BOX 305200<br>NASHVILLE, TN  37229 | $6,000.00 | DOMESTIC SUPPORT OBLIGATION |
|  |  | 23 |

It appearing to the Court that the Standing Chapter 13 Trustee has shown that the following claim amends a claim allowed by a previous order herein:

Your Trustee has examined the amended claim and recommends to the Court that it be deemed allowed for the amount claimed and payable pursuant to the provisions of the debtor's confirmed plan and other orders of this Court.

Premises considered, the Court being of the opinion that the Trustee's motion is well founded;

IT IS THEREFORE ORDERED that the above amended claim be allowed as has been recommended by the Trustee and payable as provided by the debtor's plan and other orders of this Court.

  2) That a copy of this Motion and Order be mailed to the debtor(s) and debtor's attorney of record and that the debtor be given 30 days in which to file a written application for modification of this order and, in the absence of such application, this order shall become final.

/S/ Sylvia Ford Brown
CHAPTER 13 TRUSTEE
200 Jefferson Avenue, Ste. 1113
Memphis, TN  38103

CC: Sylvia Ford Brown

  RON P CLAYTON
  4320 JUDY COVE
  MEMPHIS, TN  38111

  BRUCE A RALSTON ATTY
  PO BOX 41914
  MEMPHIS, TN  38174-1914

  CENTRAL CHILD SUPPORT RECEIPTING UNIT
  PO BOX 305200
  NASHVILLE, TN  37229