

**Dated: November 02, 2010**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

```
                                                              IT111
                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF TENNESSEE

In re:                                          Chapter 13
RON P CLAYTON
Debtor(s)                                       Case No. 07-26745-L
```

ADMINISTRATIVE ORDER ALLOWING
ADDITIONAL CLAIMS

It appearing to the Court that the Standing Chapter 13 Trustee has shown that the following claim was filed against the estate of the debtor and that such claim was not included in previous orders allowing claims herein:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| TN DEPARTMENT OF LABOR & WORKFORCE DEVELOPMENT<br>BENEFIT PAYMENT CONTROL<br>C/O TN ATTORNEY GENERAL OFFICE BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN  37202-0207 | $2,762.00 | UNSECURED (GENERAL)<br><br>25 |

Your Trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed and payable pursuant to the provisions of the debtor's confirmed plan and other orders of this Court.

Premises considered, the Court being of the opinion that the Trustee's motion is well founded;

      IT IS THEREFORE ORDERED that the above claim be allowed as has been recommended by the Trustee and payable as provided by the debtor's plan and other orders of this Court.

      2) That a copy of this Motion and Order be mailed to the debtor(s) and debtor's attorney of record and that the debtor be given 30 days in which to file a written application for modification of this order and, in the absence of such application, this order shall become final.

/S/Sylvia Ford Brown
CHAPTER 13 TRUSTEE
200 Jefferson Ave, Ste. 1113
Memphis, TN  38103

CC:    Sylvia Ford Brown

       RON P CLAYTON
       4320 JUDY COVE
       MEMPHIS, TN  38111

       BRUCE A RALSTON ATTORNEY
       119 RACINE STREET #200 A
       MEMPHIS, TN  38111

       TN DEPARTMENT OF LABOR & WORKFORCE DEVELOPMENT
       BENEFIT PAYMENT CONTROL
       C/O TN ATTORNEY GENERAL OFFICE BANKRUPTCY DIVISION
       PO BOX 20207
       NASHVILLE, TN  37202-0207