**Dated: September 22, 2011**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

```
                                                              IT545
              UNITED STATES BANKRUPTCY COURT
              WESTERN DISTRICT OF TENNESSEE

In re:                                          Chapter 13
RON P CLAYTON
Debtor(s)                                       Case No. 07-26745-L
SSN(1) XXX-XX-7450
```

---
### ADMINISTRATIVE ORDER MODIFYING PLAN
---

Comes now the Standing Chapter 13 Trustee who would show unto the Court that she has received notice that the debtor(s)' mortgage payments have been changed, and that the plan should be modified to provide for said payments.

Premises considered, the Court being of the opinion that the Trustee's motion is well founded;

IT IS THEREFORE ORDERED that the ongoing mortgage payments to CHASE HOME FINANCE LLC shall be changed to $583.18 starting with the payment for December 2011. The debtor's plan payments shall be increased accordingly.

IT IS FURTHER ORDERED that a copy of this Motion and Order be mailed to the debtor(s) and debtor(s)' attorney of record and that the debtor(s) shall be given 10 days in which to file a written application for modification of this order. In the absense of such application, this order shall become final.

```
                                    /S/ Sylvia Ford Brown
                                    Chapter 13 Trustee
                                    200 Jefferson Avenue, Ste. 1113
                                    Memphis, TN  38103
```

```
CC:     Sylvia Ford Brown
MJ
        RON P CLAYTON
        4320 JUDY COVE
        MEMPHIS, TN  38111

        BRUCE A RALSTON ATTORNEY

        CHASE HOME FINANCE LLC
        DEPT G7-PP
        3415 VISION DRIVE
        COLUMBUS, OH  43219
```