```
                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

In Re:                                                    Chapter 13
RON P CLAYTON

Debtor(s)                                         Case No. 07-26745-L
SSN XXX-XX-7450

---
                  NOTICE OF FINAL CURE PAYMENT AND
                   COMPLETION OF PLAN PAYMENTS
---

   Pursuant to Fed. Bankr. Rule 3002.1(d), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full.

| | |
|---|---|
| NAME OF CREDITOR: | CHASE HOME FINANCE LLC |
| COURT CLAIM NUMBER: | 6 |
| LAST FOUR DIGITS OF ACCT NUMBER: | 1516611730 |

   The ongoing mortgage payment is paid through the chapter 13 Plan and is currently due for 04/01/2013.

   Within 21 days of the service of the Notice, the creditor must file and serve same on the debtor, debtor's counsel and the trustee, pursuant to Fed. Bankr. Rule 3002.1(e), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default and whether, consistent with  1322(b)(5), the debtor is otherwise current on all payments or be subject to further action of the Court including possible sanctions.

                                        /s/ Sylvia Ford Brown
                                        Sylvia Ford Brown
                                        200 JEFFERSON AVE SUITE 1113
                                        MEMPHIS, TN 38103


cc: RON P CLAYTON

    BRUCE RALSTON ATTORNEY

    CHAPTER 13 TRUSTEE

    CHASE HOME FINANCE LLC
    DEPT G7-PP
    3415 VISION DRIVE
    COLUMBUS, OH 43219